UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RHONDA ATTY on behalf of Plaintiffs and the class members described herein and LEON CLEMONS,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIMUS US SERVICES, INC.,<br><br>Defendant. | 2:23-CV-283-PPS-JEM |

## ORDER

Plaintiffs, Rhonda Atty on behalf of Plaintiffs and the class members described herein and Leon Clemons, and Defendant, Maximus US Services, Inc., filed a Stipulation to Dismiss [DE 44], stipulating to the dismissal of this cause. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation to Dismiss [DE 44] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** Plaintiffs' claims **WITH PREJUDICE**. Each party shall bear its own costs and fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**. SO ORDERED.

ENTERED: July 29, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**